## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

GEORGE STRUM certifies as follows:

1. I have reviewed a complaint filed against China Security & Surveillance Technology, Inc. ("CSST") and others and would authorize the filing thereof, if necessary.

2. I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as the representative party, including providing testimony at deposition and trial, if necessary.

4. I have made no transaction(s) during the Class Period in CSST except as set forth below:

| Purchase/Sale | Date Acquired/Sold | Number of Shares | Price per Share |
|---|---|---|---|
| Purchase | 6/28/2010 | 20,000 | $5.19 |
| | | | |

5. I have not sought to serve or served as a class representative in an action filed under the federal securities laws in the last three years, other than listed below:

Janbay v. Canadian Solar, et al., 10-cv-4430 (S.D.N.Y.)

Rosado v. China North East Petroleum Holdings Limited, et al., 10-cv-4577 (S.D.N.Y.)

6. I will not accept any payment for serving as the representative party beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

7. I hereby certify, under penalty of perjury, that the foregoing is true and correct to the best of my current knowledge, information and belief.

DATED: July 21, 2011

*/s/ George Strum*
George Strum