IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE STRUM, On Behalf of Himself and All Others Similarly Situated Shareholders of China Security & Surveillance Technology, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> CHINA SECURITY & SURVEILLANCE TECHNOLOGY, INC., RIGHTMARK HOLDINGS LIMITED, RIGHTMARK MERGER SUB LIMITED, GUOSHEN TU, TERENCE YAP, RUNSEN LI, PETER MAK and ROBERT SHIVER, <br><br> Defendants. | Case No. 1:11-cv-00646-ER |

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for Defendants to move, answer or otherwise respond to the Verified Class Action Complaint in the above-captioned action is extended until 21 days after: (1) the entry of an order designating a lead plaintiff in the above-captioned action; and (2) the filing and service of an amended complaint in the above-captioned action or the entry of an order designating a complaint as the operative complaint in the above-captioned action.

| O'KELLY & ERNST, LLC | SKADDEN, ARPS, SLATE MEAGHER & FLOM LLP |
|---|---|
| */s/ Ryan M. Ernst* | */s/ Arthur S. Bookout* |
| Ryan M. Ernst (#4788) | Robert S. Saunders (#3027) |
| The Brandywine Building | Arthur R. Bookout (#5409) |
| 1000 N. West Street, Suite 1200 | One Rodney Square |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 295-4905 | (302) 651-3000 |
| *Attorney for Plaintiff* | |
| | Of Counsel: |
| | SKADDEN, ARPS, SLATE,MEAGHER & FLOM LLP |

Eric S. Waxman
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
(213) 687-5000
*Attorneys for Defendants Guoshen Tu and Rightmark Merger Sub Limited*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Gregory P. Williams*
Gregory P. Williams (#2168)
Kevin M. Gallagher (#5337)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7500
*Attorneys for Defendants Runsen Li, Peter Mak, and Robert Shiver*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Kevin M. Coen*
David J. Teklits (# 3221)
Kevin M. Coen (# 4775)
1201 North Market Street, 18th Floor
Wilmington, DE 19801
(302) 658-9200
*Attorneys for Defendants China Security & Surveillance Technology, Inc. and Terence Yap*

IT IS SO ORDERED, this ___ day of August, 2011.

THE HONORABLE EDUARDO C. ROBRENO
UNITED STATES DISTRICT COURT JUDGE

4432381.1