# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE STRUM, On Behalf of Himself and All Others Similarly Situated Shareholders of China Security & Surveillance Technology, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> CHINA SECURITY & SURVEILLANCE TECHNOLOGY, INC., RIGHTMARK HOLDINGS LIMITED, RIGHTMARK MERGER SUB LIMITED, GUOSHEN TU, TERENCE YAP, RUNSEN LI, PETER MAK and ROBERT SHIVER, <br><br> Defendants. | Case No. 1:11-cv-00646-ER |

## NOTICE OF DISMISSAL

Plaintiff George Strum, pursuant to Federal Rule of Civil Procedure 41(a), hereby dismisses the above-captioned complaint without prejudice.

Dated: October 18, 2011          O'KELLY & ERNST, LLC

*/s/ Ryan M. Ernst*
Ryan M. Ernst (#4788)
The Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 295-4905
*Attorney for Plaintiff*

*Of Counsel:*
**WEISS & LURIE**
Joseph H. Weiss
Richard A. Acocelli
Joshua M. Rubin
1500 Broadway
16th Floor
New York, NY 10036
(212) 682-3025